E-FILED
Tuesday, 25 October, 2016  04:17:12 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Emanuel Lollis ,                )
                                )
            Plaintiff            )
                                )
        vs.                      )        Case No. 3:16-cv-03258-SLD
                                )        (The case number will be assigned by the clerk)
Hunzyker Finch , John Does 1,2,3,4   )
Jane Doe 1 , Lt John Doe 1       )
Houston , Swick                  )
                                )
Warden Michael P Melvin  Pontiac C.C )
Kelly Davis  Internal Affairs  Pontiac C.C )
                                )
                                )
                          ,      )
                                )
            Defendant(s)         )

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## SUPPLEMENTAL COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

---

***Please refer to the instructions when filling out this complaint.*  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.**

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A.  Plaintiff:

Full Name: Emanuel Lollis

Prison Identification Number: R-02915

Current address: Pontiac C.C. P.O Box 99
Pontiac ICC 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: Hunzyker

Current Job Title: Correctional Officer

Current Work Address Western Illinois C.C
2500 Route 99 South, Mt Steeling ICC 62353

Defendant #2:

Full Name: Finch

Current Job Title: Correctional Official

Current Work Address Western Illinois C.C
2500 Route 99 South, Mt Steeling ICC 62353

Defendant #3:

Full Name: Jane Doe 1

2

Current Job Title: _Medical Technician (Nurse)_

Current Work Address _Western Illinois C.C_

_2500 Route 99 South, Mt Sterling Ill 62353_

Defendant #4:

Full Name: _John Does 1,2,3,4, (escort officers)_

Current Job Title: _Correctional Officers_

Current Work Address _Western Illinois C.C_

_2500 Route 99 South, Mt sterling Ill 62353_

Defendant #5:

Full Name: _Lt. John Doe 1_

Current Job Title: _Correctional Officers_

Current Work Address _Western Illinois C.C_

_2500 Route 99 South, Mt sterling Ill 62353_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☑

6) The defendant Houston, is employed as correctional Officer Western Illinois C.C at 2500 Route 99 South Mt. Steeling IL 62353

7) The defendant Swock, is employed as Correctional Officer Western Illinois CC at 2500 Route 99 South Mt. Steeling IL 62353

8) Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under color of state law...

AMENDED Defendants

9) The defendant Micheal P. Melvin, is employed as Warden at Pontiac Correctional Center, Po Box 99 Pontiac ILC 61764

10) The defendant Kelly Davis is employed as Internal Affairs Supervisor at Pontiac Correctional Center, Po Box 99 Pontiac ILC 61764

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number

      _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

    *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☐ No ☑

STATE OF ILLINOIS )
                     ) ss
COUNTY OF BROWN )

## AFFIDAVIT

I, Emanuel Lollis #R02915 , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On August 1, 2016, I sent a emergency grievance to the chief administrative officer (Knote) at Western correctional center concerning staff mis-conduct on July 24 2016, I explained to Warden Knote, how I was physically beaten after I was restrained by staff and escorted to segregation. I also inform Warden Knote about the continuance of mis-treatment I was recieving while being house in segregation. I told Warden Knote that because of the continued disregard of my rights and well being I feared for my life, and up until this date 8-24-16 I havent recieve a response.

_END OF MY STATEMENT_

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 12 day of Sept , 2016

Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 27, 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 8-21-16 | Offender: (Please Print) Emanuel Lottis | ID#: R-02915 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Western Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☐ Disciplinary Report: ____/____/____    _____
                       Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** On 7-24-16 I was placed in segregation Cell #20 at Western C.C by two John Doe Officers and a John Doe Lt. Upon entering the cell I notice that the sink was stopped up and filled with black water, after more observation of the cell I also notice the toilet was stopped up as well and filled with tissue, urine, and sewage, the water pressure was low therefore I couldn't drink any. Cell #20 didn't have a mattress, when I complain about these issue to the staff I was ignored. I slept on the floor and iron bunk for two days before I received a mattress. I received a mattress and toilet paper on the night of 7-26-16 and when I was giving the mattress I also received a blanket and sheet soiled with pepper spray. My toilet, sink, and drinking water wasn't fix until 7-27-16 ⟶

**Relief Requested:** I would like the name of all John Doe staff and all parties involved be repremanded. I ask that the camera footage concern all said incidents be preserved. I also demand a polygraph test concerning the fact of my outrageous allegations. . .

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Offender's Signature | R02915 | 8/22/16 |
|---|---|---|
| | ID# | Date |

(Continue on reverse side if necessary)

*(left margin, handwritten, vertical)* copied 8/23/16

---

### Counselor's Response (if applicable)

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

*(left margin, handwritten)* Sent to the A.R.B 8/23/16 thru Institutional Mail

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

I complain about these conditions to every shift and never gotten a response. I ask for grievances and was denied the process until 8-1-16. From 7-25-16 until 8-10-16 I was denied the right to a shower, laundry and recreation. I spoke with the assistant warden on 8-4-16 about these issue and still they were denied again on the next shower, rec, and laundry day. Every incident has been captured on Western C.C sepagation hallway security cameras and it's clear that the staff disregarded the administrative code section 504 610 and 504. 670. On 8-1-16 I filed a emergency grievance and never gotten a response according to the administrative code section 504, 840. I was transfered on 8-10-16, but before I was transfered Joe Doe officer on 2nd shift did not let me send out mail to my family, on August 7, 2016 I was able to send a letter out through Officer Thorp who put the envelope directly on the institutional mail box.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 8-21-16 | Offender: (Please Print) Emanuel Collis | ID#: R-02915 |

| Present Facility: Pontiac C.C | Facility where grievance issue occurred: Western C.C |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 7-24-16 I was being escorted to segregation by officers Hunzeker, Finch and other John Doe" officers that I don't Know by name. While exiting Unit 3-A- I was lifted up and rammed head first into the door and desk that was outside in the vestibule. I also was Kicked and Punched before being lifted again busting Head first through the exit doors of Unit 3. Throughout the escort I was punched by Officer Hunzeker several times in my face and side (Ribs). Upon reaching the entrance of the segregation building, office Hunzeker pulled me through the doors of the hallway by my T-shirt, that was tangled around my neck. I spat out I couldn't breathe and officer Hunzeker stated "you wanted to be tuff around your nigger friends, Blacks leve don't matter down here faggot" →

**Relief Requested:** I want the names of all parties involved and that they all be repremanded, I also ask that all camera angle and footage that involved in this incident be preserved and I demand a polygraph test to confirm the truth of my allegations. ...

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] Emanuel Collis | R-02915 | 8, 22, 16 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |

sent to the A.R.B
8/23/16
thru Institutional Mail

---

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | ____/____ Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

And then again I was lifted by the officers and ramed head first into the brick wall by officer Hunzeker and Finch. I was stomped punched and kicked unconcious by Hunziker, Finch and the John Doe officers. I was awaken by officer Hunziker kicking me in my Ribs and Head in the segregation holding cell and some one yelling that enough -----........

# STATEMENT OF CLAIM

Place of the occurrence  Western Illinois Correctional Center

Date of the occurrence  July 24, 2016

Witnesses to the occurrence _____

State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

(1)

(a) On July 24, 2016 after being handcuffed and in route to segregation, I was punched, choke, kicked and stomped unconctous by c/o Hunziker a corrections officer at Western correctional center.

(b) On July 24, 2016 after being handcuffed and in route to segregation, I was punched, kicked and stomped unconcious by c/o Finch a corrections officer at Western correctional center.

(c) On July 24, 2016 after being handcuffed and in route to segregation I was punched, kick, and stomped unconcious by c/o John Does 1, 2, 3, 4, correction officers at Western correctional center.

(d) On July 24, 2016 I was handcuffed and being escorted to segregation by above officers, while in route I was ram head first into doors, desk, and walls by the group of officers. Throughout the escort I was punched simultaneously by c/o Finch and c/o Hunziker. Once we arrived in front of the segregation building my T-shirt was wrap around my neck and I was draged through the entrance, I gasp out I can't breathe, and c/o Hunziker stated, you wanted to be tuff around your nigger friends, Black lives don't matter here faggot. My head again was force into the wall and then I was punched, kicked and stomped unconcious by the group of c/o's. I was awaken by c/o Hunziker kicking and punching me in my side and face in the segregation holding cell.

# STATEMENT OF CLAIM

Place of the occurrence _Western Illinois Correctional Center_

Date of the occurrence _July 24, 2016_

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

(Q)

On July 24, 2016 Jane Doe #1 Nurse allowed the deliberate interferance by corrections officer of the medical examination. She disregarded medical complaints and conspired in concealing particular injuries in her report by request of corrections officer...

On July 24, 2016 c/o Hunziker participated in concealing injuries in a medical report, by telling the nurse to ignore my complaints because I was a staff assaulter...

On July 24, 2016 Jane Doe #1 nurse was called to the segregation holding cell to assess my injuries, Upon her arrival she took notice of the apparent injuries such as bleeding from the top of the head and multiple scraps, but intentionally over look split and swollen lips, swollen right eye, my complaints of not being able to feel my hands and that I think my ribs where broke, by request of c/o Hunzikers stateing he's a staff assaulter let him suffer, hopefully he will die and we don't have to worry about him. The nurse walk from the Holding cell and left Segregation without addressing any of my injuries, w/a bandage cleansing wipe, ~~stched~~ peroxcyde etc...

(3) On July 24, 2016 Lt. John Doe #1, was the superior officer on sight of incidents in segregation, He allowed and watch Officers punch, kick, and stomp me unconscious, he also was present when corrections officer interfered with the nurse medical examination and concealment of injuries, He was aware that injuries wasn't address or Documented.

(4) On July 24, 2016 C/o Houston put me in Cell #20 of the segregation unit with out drinking water or mattress. When I informed him I was told this will teach you not to mess with one of ours. I was without drinking water until 7-27-16 and without mattress 7-26-16

On July 24, 2016 on 3:00pm to 11:00pm shift I informed C/o Swick, I didn't have a mattress or drinking water, I was told by C/o Swick to drink water out the toilet and sleep on the floor. I was without drinking water until 7-27-16 and without mattress @ 7-26-16

AMENDED

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center

Date(s) of the occurrence  August thru October

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Amendment

1) On 10.3.16 it was verified through counselor Jamie Simmon's counseling summary, that my family has not been recieving my mail sense I entered Pontiac Correctional Center 8.10.16. I sent a request asking Warden Micheal P. Melvin why haven't my mail been going out of the institution to my family, am I on some form of restriction if so I haven't been notified. Warden Micheal P. Melvin is the chief administrative officer here a Pontiac K.C, he is in control of all the everyday function of on this institution. ...

Amendment

2) On 10.3.16 it was verified through counselor Jamie Simmon's counseling summary that my family has not been recieving my mail sense I've entered Pontiac C.C. 8.10.16, I sent a request asking Internal Affairs Supervisor Kelly Davis why haven't my mail gone out to my family and am I on so form of restriction if so I haven't been notified.. Kelly Davis is in control of all Internal investigation here at Pontiac C.C she also has the authority to put restrictions on mail going or coming in this institution --

3) The constant denial of the United States postal services violates Plaintiff Emanuel Lollis's rights and constituted abridging the freedom of speech or of press under the 1st (First) Amendment to the United States Constitution --

4) The Plaintiff has no plain adequate or complete remedy at law to redress the wrongs described throughout complaint, Plaintiff has been and will continue to be irreparably injured by the conduct of a defendants unless this court grants the injunctive relief which Plaintiff seeks

5) Plaintiff reallege and incorporate by reference Paragraphs 1(a)(b)(c)(d) through 4 ....

6) The beating violated Plaintiff Emanuel Lollis's rights and constituted cruel and unusual punishment, equal protection and due process violation under the 8th, 14th, Amendment to the United States Constitution.

7) The deliberate indifference to medical needs, violated Plaintiff Emanuel Lollis's rights and constituted cruel and unusual, equal protection and due process violation under the 8th, 14th, Amendment to the United State Constitution --.

8) The unsafe conditions violated Plaintiff Emanuel Lollis's rights and constituted cruel and unusual punishment, equal protection and due process violation under the 8th, 14th, Amendment to the United State Constitution.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that this court enter Judgment granting Plaintiff;

9) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

10) A preliminary and permanent injunction ordering defendant to stop harassing Plaintiff by not allowing his mail to go out the Institution, and refusing to address Injury in left hand of constant pain and numbness, right thumb. And severe pain on both sides of his cage as well as left side of face (jaw area) hurts continuously, Plaintiff fears the ic this injuries are not appropriately address by medical staff the damages will be irreparable and all normality in limbs in the future will be lost ....

(12) Plaintiff believe that the harassment of the defendants has continued over from Western correctional center to his present institution (Pontiac C.C) because of an external investigation being done by the ILLINOIS DEPARTMENT OF CORRECTION. Sense the investigation started Plaintiff's family has not receive and letters [see Exhibits A & B] from him sense incident happen.. Plaintiff has utilize the medical sick call twice sense entering Pontiac C.C 8.10.16 both times the medical staff deem this injuries deserved the Doctor's attention [see Exhibits C,D,E] The Doctor here at Pontiac C.C has refuse to share to his complaint of pain and numbness constantly in his hands, thumb, jaw and ribs, Plaintiff is also being denied a better housing assignment because of what happen in previous institution. [see Exhibits F & G]

All Exhibits are attached along with
MOTION TO SHOW CAUSE FOR AN
PRELIMINARY INJUNCTION

RELIEF REQUESTED

(State what relief you want from the court.)

11) Compensatory damages in the amount of $50,000 against each defendant, jointly and severally

12) Punitive damages in the amount of $45,000 against each defendant.

13) Any additional relief this court deems just, proper, and equitable.

JURY DEMAND          Yes  ☑          No  ☐

Signed this _14_ day of _October_ , 20_16_ .

_Emanuel Lollis_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Emanuel Lollis | R-02915 |
| Address: Pontiac C.C PO BOX 99 Pontiac IC 61764 | Telephone Number: |

8

UNITED STATES DISTRICT
COURT CENTRAL DISTRICT OF ILLINOIS

Emanuel Lallis
v.          Plaintiff
Hunzyker et al
            Defendants

ORDER TO SHOW CAUSE FOR
AN PRELIMINARY INJUNCTION

Civil Action No. 3:16-CV-03258-SLD

SCANNED at ____ and E-mailed
10/17/16 (date) by ____ (initials)
# of pages 9

Upon the complaint, the supporting affidavits and exhibits of Plaintiff, and the memorandum of law submitted here with is;

ORDERED that defendants Micheal P. Melvin and and Kelly Davis show cause in room _____ of the United States court house, Rock Island Division, 211 19th street, Rock Island, IL 61201 on the ____ day of _____, 20__ at _____ o'clock, why a preliminary injunction should not issue Durant to Rule 65(a) of Federal Rule of civil Procedure enjoining the defendants, their successors in office, agents and emoloyees and all others person acting in concert and participation with them from;

Restricting incoming and out-going mail to and from family & friends, keep defendants and its agents/emoloyees from retaliating against Plaintiff in any form because of incidents that took place in previous institution. order immediate medical address for Plaintiff's Left Hand, right thumb, Jaw and rib cage [Cat Scan and/or X-Rays ect...] and any other attention deem conducive to injuries...

### Allegation & Memorandum Brief

1) On 7.24.16 Plaintiff sustain multiple injuries to Jaw, Left hand, rib cage, and right thumb, sence than he has been subjected to constant Pain from these injuries in Particular. Left hand and right thumb has been numb with a tinale like sensation that hurts constantly and normal feeling in both limbs are gone. Ribs on both side are bruise externally and Plaintiff is in severe discomfort and pain every time he inhale or exhale... Plaintiff was seen twice by Pontiac C.C doctor after paying a $5.00 co-pay both times, each time Plaintiff complain about Pain and discomfort and was prescibe muscle rub... [SEE EXHIBITS C & E]

2) Plaintiff was transfered to Pontiac C.C. 8.10.16, and sence entering institution his mail has been restricted. The mail service is the only means he has to prepare for the actions that being presented to the courts, witness, affidavits ect... The Plaintiff is a Prolse litigant and the United States Postal service is the only tool he has to litigate his complaint Properly if the courts deem a trial is neccassary, Corresponding is imperative to the Plaintiff situation, communicating with family and friends would balance the scale of Justice... [SEE EXHIBITS A & B]

The Plaintiff has three grievance in his last appeal stage, one was deem to be an emergency by the warden at Western C.C which has been expodited according to ILLINOIS ADMINISTRATIVE CODE 504.840 Emergency Procedures (b) and 504.850 Appeal sign [SEE EXHIBITS H] Plaintiff fears that if deprivationare ignored he will suffer a extreme prejudice and irreparable harm or permanent disfigurement if he is force to wait the out come of exhaustion of administrative remedies. National Treasury Employee Union v King, 961, F.2d, 240 (1992) Samoson V Murray, 415, U.S, 61 (1974).

Wherefore Plaintiff prays the court will use it's authority and intervene____

EXHIBITS enclosed  A thru I ---
12 total EXHIBITS papers  2 Affidavits



        IT IS FURTHER ORDERED   that the order
to show cause and other papers attach to this application
be served on the aforesaid Plaintiff by  10.20.16


_____

The Honorable Judge


Dates: _____

United States District Judge

EXHIBIT
A

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R02915 | **Counseling Date** | 10/03/16 15:15:15:313 |
| **Offender Name** | LOLLIS, EMANUEL | **Type** | Collateral |
| **Current Admit Date** | 12/28/2009 | **Method** | Phone |
| **MSR Date** | 03/29/2017 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -05-47 | **Staff** | SIMMONS, JAMIE M., Correctional Counselor II |

Offender's mother called to check on Emanuel.  She is worried about him and would like for him to write home.

**Print Date** 10/3/2016

EXHIBIT
B

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R02915 | **Counseling Date** | 10/07/16 15:29:09:083 |
| **Offender Name** | LOLLIS, EMANUEL | **Type** | Collateral |
| **Current Admit Date** | 12/28/2009 | **Method** | Other |
| **MSR Date** | 03/29/2017 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -05-47 | **Staff** JONES, DONNA J., Correctional Counselor II | |

Offender stated he has been having trouble with mail delivery. Offender's mail seems to be going out for legal and commissary. If offender's mother calls again, counselor can ask her what mail she has gotten.

**Print Date** 10/7/2016

EXHIBIT
e
2of2

Received 9-14-13

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Offender Name Lollis _____ ID# R02815 Date 9/14/16 Housing Unit 436

Pay to I DOC _____

Address _____

City, State, Zip _____

The sum of _____ dollars and 00 cents charged to my trust fund account, for the purpose of A.S.C. _____

☐ I hereby authorize payment of postage for the attached mail . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature [signature] _____ ID# R02815

Witness Signature [signature] _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature [signature] _____

Postage applied in the amount of _____ dollars and _____ cents.

SEP 14 2016

Distribution: Business Office, Offender, Mail Room

DOC 0298 (Eff. 1/2006)
(Replaces DC 828)

EXHIBIT C
1 of 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Pontiac Correctional Center

Entered
AUG 25 2016
Trust Office

Posting Document # _____

Offender Name _Lollis_____ ID# _R02915_ Date _8/16/16_ Housing Unit _N103_

Pay to _Pon c.c. HCU_____

Address _EXHIBIT_____

City, State, Zip _1_____

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

The sum of _Nurse Sick Call - Dr. Referral_ _5_ dollars and _00_ cents charged to my trust fund account, for the purpose of _____

Offender Signature _____

Witness Signature _____ ID# _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

Seen 8/16/16

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
**QUEJA DEL DELINCUENTE**

| Fecha: 9-4-16 | Delincuente: (Sírvase imprimir) Emanuel Collins | ID#: R-02915 |
|---|---|---|
| Instalación actual: Pontiac C.C | Instalaciones donde reclamo ocurría: Pontiac C.C | |

**NATURALEZA DE LA QUEJA:**

- [ ] Bienes personales
- [ ] Manejo de correo
- [ ] La restauración de tiempo bueno
- [ ] Alojamiento de ADA Disability
- [ ] Conducta personal
- [ ] Dietéticos
- [x] Tratamiento médico
- [ ] HIPAA
- [ ] Denegación de transferencia por servicio
- [ ] Denegación de transferencia por el Coordinador de transferencia
- [ ] Otro (especifique): _____
- [ ] Informe disciplinario: ___/___/___ Fecha de informe _____ Instalaciones donde emitió

**Nota:** las negaciones de custodia preventive pueden ser lloraron inmediatamente a través de la administración local en la notificación de estado de custodia protectora..

**Completo:** Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revisión directa por la Junta de revisión administrativa.
Queja oficial, solo si la cuestion implica la disciplina en la instalación actual o la cuestión no resuelta por el consejero.
Oficial Administrativo Jefe, solo si la EMERGENCIA reclamo.
Junta de revision administrativo, solo si la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administración involuntaria de drogas psicotropicas, cuestiones de otra instalación excepto bienes personales cuestiones o problemas no resueltos por el oficial administrativo jefe.

**El resumen del Agravio** (Proporcionar la información incluso una descripción de lo que pasó, cuando y donde pasó, y el nombre o información que se identifica para cada implicado): On 8/16/16 I went to nurse sick acall about my Left hand and Right thumb has been numb sense 7-24-16 and that I think my ribs are broke from prior expserience. I was told to fill out a money voucher for a 5 dollar co-pay, I complied and was put on the doctor's call line. On 8/21/16 I was seen by the doctor, he ask how the Injury accurred, I told him about the incident involveing c/o's in another institution. He and the nurse made a cnneceessary comment about learning →

**El Alivio Pedido:** I would like to have a adequale medical exam and x-Rays of my ribs to determine the cause of discomfort.

- [ ] Solo comprobar si se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesiones personales o otros graves o irreparables danan a si mismo.

_(firma)_ Firma del delincuenta     R-02915 ID#     9, 4, 16 Fecha

*(Seguir en reverso, si es necesario)*

---

**Respuesta del consejero** (si procede)

| Fecha Recibido: 9, 6, 16 | [ ] Enviar directamente al reclamo oficial | [ ] Fuera de competencia de esta instalación. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Respuesta: This grievance concerns a medical issue + should be sent to the Grievance Office.

(left margin: Copied 9/9/16)

D Jones Imprimir/nombre del Consejero     _(firma)_ Firma del consejero     9, 6, 16 Fecha de respuesta

---

**REVISION DE EMERGENCIA**

Fecha Recibido: ___/___/___     Esto determina que es un character de emergencia?
- [ ] Si; acelerar la queja de emergencia
- [ ] No; una situación de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

_____ Firma del oficial Administrativo Jefe     ___/___/___ Fecha

Emmanuel Lollis
R02915
N-73

a lesson and prescribe some form of muscle rub. The doctor on call did not take one look at my hands and he lifted my shirt and (Cook) at my rib cage. I cannot tell my left hand as of todays date it has been numb with a tingle like feeling for 41 days and counting. My hand and ribs has been in constant severe pain, I am unable to sleep on my left or right side it has been difficult for me to sleep or move around without pain shooting from my sides, everytime I take a breathe it Hurts. I was in compliance with the Illinois Administrative Code Section 415.30 by paying the 5 dollar co-pay for adequate medical treatment and I haven't receive any, I can't tell my hand that should warrant attention from any medical staff, The jail Doctor prescribed muscle rub for pain and numbness which I haven't received and it has been 3 week as of today's date September 1, 2016 ... The called doctor told me that if the pain continue after a few weeks to buy another co-pay and we will go from there. It seems as though I'm being scrutinized or exskewed because I should. I have to pay another 5 dollars for a problem that hasn't been addressed by the medical staff. Departmental Rule 415.30 States 5 dollars co-pay. Ne4the therefore I ask the administration please address this problem because I am in pain ...

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
QUEJA DEL DELINCUENTE (Continúa)

EXHIBIT E

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Emanuel Collis  ID #: 6081415  Living Unit: Noth - 7340

Job Assignment: _____  Shift: _____

To: Mental Health ( PSYCHOLOGIST )

**Please refer to the directory located in your orientation manual and address proper personnel.**

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Request to speak with someone. I need to speak to

a psychologist. It's important at least to me so non cual please see me

as soon as possible. Thank and for your time and consideration. This is my SN

_____

Offender's Signature [signature]  Date 9-22-16

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): r'd 9/23/16

Remarks by supervisor (if necessary): On w/s to be seen

Print Staff Name _____  Date _____

Staff Signature _____

Print Supervisor Name [signature]

Supervisor Signature [signature]  Date 9/27/16

Distribution: Affected Unit

Printed on Recycled Paper  DOC 0286 (Rev. 4/2010)

EXHIBIT
F

STATE OF ILLINOIS )
                   )  ss
COUNTY OF _____ )

## AFFIDAVIT

I, _Navarro Phillips R48439_ , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On October 13 2016 I was house in Pontiac C.C North Building Cell 548 when I over heard the Conversation between Sgt Meister and the person next door to Me in Cell 547. They Both went Back an forth about the Conditions in North house. Compared the other housing units (East-West). The person in Cell 547 Later identified his self as Emanuel Wills. Said that he has been in North house for more than 60 days without incident or ticket and the Pontiac Rule book states that he is eligible for his electronics and Better housing. Sgt Meister stated that because of what happen in western you're going to have to deal with this shit for 4 or 6 months or more and walked away from Cell 547 with no further discussion...

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _Oct_ day of _15_ , 2016.

_Navarro Phillips R48439_
Affiant

EXHIBIT
G

STATE OF ILLINOIS )
                  ) ss
COUNTY OF _____ )

## AFFIDAVIT

I, Eugene Warren M12857 , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

On October 13,2016 at 10:30 A.M. on Thursday, I heard Sgt. Meister tell cell 547: You got to deal with this shit for 4 to 6 months because of what happen at Western. 5 gallery NorthHouse, segregation is the location of the October 13, 2016 incident.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 16 day of October , 2016.

Warren, Eugene #M12857
Affiant

EXHIBIT A 1 of 2

## OFFENDER'S GRIEVANCE

1-0603E

| Date: 8-1-16 | Offender: (Please Print) Emanuel Collis | ID#: R-02915 |
|---|---|---|

| Present Facility: Western | Facility where grievance issue occurred: Western |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 7-24-16 in Unit 3 A I was restrained by Lt R Hontech, C/O Butler, C/O K.Evans, and C/O Graham then escorted to segregation by said Officers plc. 2 to 3 more John Doe Officers. In route to segregation I was rammed head first into the hinge corner of the door, and the hallway desk by the group. I was kicked and punched several times before being picked up off the floor and thrown head first into the exit door of the unit. Throughout the escort to segregation I was simultaneously punched in the face and chest. I was unable to determine the source of every punch and kick because my head was being force down during the escort. Upon reaching the front of segregation one officer wrap my T-shirt around my neck and drag me into the segregation entry.

**Relief Requested:** I ask that I be protected and my life be valued as human life. Also that all footage of all incidents including me be preserve for later review.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Emanuel Collis | R-02915 | 8, 1, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: _____ / _____ / _____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
AUG 1 1 2016
GRIEVANCE OFFICE

_____    _____    _____
Print Counselor's Name    Counselor's Signature    Date of Response

copied 10/10/16 PCC F

---

**EMERGENCY REVIEW**

Date Received: 8/10/16

Is this determined to be of an emergency nature?    [x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    8/10/16
Chief Administrative Officer's Signature    Date

**OFFENDER'S GRIEVANCE (Continued)**

restraine this office along with the others started to kick and punch me in the face and ribs until I became unconscious... this incident occured about 12:00pm at 1:30am a nurse (Jane Doe) came to the segregation holding cell she and the Segregation staff (John Does) conspired to conceal the tortorus result committed by the escort officers, by not conducting a adequate medical examination, she didn't give me one at all therefore immediate documentation of injuries where hindered and went unreported for 4 days until I saw the nurse practitioner on 7-28-16 after signing up for sick call. Following these event I was put in cell 30 which had a stopped up sink fill with black water and insects a hoged up toilet with wrote a tissue resting in it and the water pressure was low and I couldn't drink any water, I didn't recieve a mattress or linen for three days that when I spoke to Warden Korte on that same night they brought me a mattress and sheets and the sheets they brought was filled with pepper spray, o even after the warden spoke with the staff they still choosed to violate my right. My sink and toilet didn't get fix until the 7-28-16. The segregation staff has denied me shower, laundry, leg, recreation, and the grievance process sense I've been in segregation on 7-24-16 up until I write the grievance 8-1-16, I am afraid that My Health, life and over all well being is in jeopardy, not just because of the previous unethical behavior of the staff but the continuos violation of my human rights... Each one of these violation has been log (via security cameras) I ask that all footage envolving these incident be preserve for later review