E-FILED
Tuesday, 25 October, 2016 04:17:12 PM
Clerk, U.S. District Court, ILCD

PON

EXHIBIT A 2 of 2

# ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** August 11, 2016     **Date of Review:** September 20, 2016     **Grievance #** (optional): 16-0603E

**Offender:** Emanuel Lollis     **ID#:** R02915

**Nature of Grievance:** Inmate is grieving staff conduct.

**Facts Reviewed:** Emergency Grievance. Inmate's grievance reviewed. Inmate states that on 7-24-16 he was restrained by Lt. Haubrich, C/O Butler, C/O Evans, and C/O Graham and escorted to seg. Inmate states that he was rammed head first into the hinge corner of the door and hallway desk. Inmate states he was kicked and punched several times before being picked up off the floor and thrown head first into the exit door of the unit. Inmate states that he was punched in the face and chest on his way to seg. Inmates that when he arrived at seg, the C/O wrapped his t-shirt around his neck and drug him into the seg entry and was kicked and punched again until he became unconscious. Inmate states that the nurse came about 1:20pm but was not examined. Inmate states he was placed in seg 20 which had a stopped up sink and toilet. Inmate states the water pressure was low and he could not drink any water. Inmate states he was also denied a mattress, sheets, shower, laundry, ice, recreation, and the grievance process. Inmate requests to be protected.

Inmate was unable to be interviewed by this grievance officer as the inmate transferred to Pontiac C.C. on 8-10-16.

Lt. Megginson, Internal Affairs, response states that an external investigation has been started.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be moot.

Tara Goins
_Print Grievance Officer's Name_     _Grievance Officer's Signature_

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 9-20-16     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

_Chief Administrative Officer's Signature_     9/21/16 _Date_

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

_Offender's Signature_     R-02915 _ID#_     10.5.16 _Date_

Recieve 10.5.16 Via WICF

EXHIBIT
I 1 OF 2



## ILLINOIS DEPARTMENT OF CORRECTIONS
## Request for Return/Purchase of Contract Property
## Pontiac Correctional Center

Whitmore

**I REQUEST AUTHORIZATION FOR THE RETURN AND/OR PURCHASE OF CONTRACT PROPERTY**

| Emanuel Lollis | R02915 | North 136 | 9-14-16 |
|---|---|---|---|
| OFFENDER NAME | IDOC# | UNIT / CELL # | DATE |

---

### OFFENDER USE
#### OFFENDER: CHECK BOX TO PURCHASE FROM COMMISSARY

| TELEVISION | | FAN | |
|---|---|---|---|
| RADIO | | RAZOR | |
| WALKMAN / ADAPTOR | X | HEAD PHONES | |

OFFENDER: LIST THE AUDIO/VISUAL ITEMS STORED IN PERSONAL PROPERTY THAT YOU ARE REQUESTING TO BE RETURNED TO YOU:

Flexed Head Phns

---

AFTER FILLING OUT **TOP PORTION**, SUBMIT TO UNIT SUPERVISOR

## STAFF USE ONLY

| SEG INFORMATION | INITIAL SEG PLACEMENT | TOTAL SEG TIME | SEG OUTDATE | LAST O.D.R. | COMMENT |
|---|---|---|---|---|---|
| | | | | | |

| RESTRICTION INFORMATION | AUDIO/VISUAL RESTRICTION DATES | | COMMISSARY RESTRICTION DATE | |
|---|---|---|---|---|
| | | | | |

| CONTRACT INFORMATION | PREVIOUS CONTRACT OR CONTRACT DESTROYED | | | |
|---|---|---|---|---|
| | TV | WALKMAN | FAN | RAZOR |
| | | | | |

Approved / ~~Disapproved~~    For Purchase

Approved / Disapproved    To Obtain From Personal Property

Unit Supervisor Signature: SPrentice          Date: 9-22-16

Date Offender May Request Again:

Comments:

Distribution:
Offender
Personal Property File (Return Request Only)
Commissary (Purchase Request Only)

*Printed on Recycled Paper*          PON 0160 (Rev. 01/2012)

EXHIBIT I 2of2

(5) Hard plastic cards, pictures with backings, nude pictures, negatives, slides and/or pictures over 8" x 10" in size.

(6) Dried flowers, weeds, self adhesive stickers, cologne, perfume, napkins and/or jewelry.

(7) Cloth, ribbon, yarn, clothing, and/or food items.

(8) Residents are not permitted to correspond with residents of penal institutions without the approval of both Wardens.

(9) Residents are not permitted to correspond with former residents of this institution without prior approval of Warden and Parole Officer. This does not include discharges.

(10) No enclosed communication from residents of other institutions.

(11) Items being returned are forbidden by institutional regulations.

O. **Foreign Nationality Offender Rights**

1. It is the policy of Pontiac Correctional Center to provide offenders with foreign nationalities, access to the diplomatic representative of their respective country of residency and/or citizenship.

2. Foreign national offenders shall be provided staff assistance as appropriate or necessary to ensure each is able to contact their respective diplomatic representative.

3. Letters to foreign embassies are considered to be privileged mail.

4. Contact the Library for Embassy mailing address.

5. Offenders who do not have sufficient funds for postage shall be allowed to mail reasonable amounts of mail with an attached DOC 0296. The trust fund account will be charged when funds become available.

P. **Personal Property**

Personal property is defined as allowable items sold in the Facility Commissary and authorized state-issued items or as authorized by Department Rules. Audio/visual equipment, watches, electric razors, musical instruments, etc., are permit items and require a valid contract. According to institutional policy, audio/visual items will be secured before issuance to an offender. Unauthorized entry into a secured item is a violation of institutional rules and a disciplinary report will be issued. In addition to a contract, the owner's register number must be inscribed on the item. Items found with no valid contract or incorrect number will be confiscated and an Offender Disciplinary Report will be issued. Detachable speakers and recording devices are prohibited. Requests to purchase permitted items must be submitted to the appropriate Cellhouse Supervisor prior to an offender's scheduled shop date. No permit items will be sold or sent in without authorization. Questions or requests concerning personal property may be sent to the Personal Property Office by institutional mail.

Any unauthorized personal property item(s) will be mailed out at the offender's expense, picked up by a visitor, or destroyed after thirty (30) days from the date of the notice served by the Personal Property Office.

Offenders being released or discharged from the Pontiac Correctional Center will be required to return issued clothing to the Clothing Room, ID card to the B of I, and all library books to the Library. Failure to return these items will result in the offender's trust fund being charged for the items.

Offenders wishing to send Personal Property out with a visitor must request to do so 72 hours prior to the visit. Offenders should forward this request to the Personal Property Office including the name of the visitor authorized to receive his personal property and the date of the visit. (For more information on offender personal property, refer/see D.R. 535)

**Audio/Visual Privileges**

In accordance with DR 535.30 the following rules will be adhered to:

a. Use of headphones or earplugs shall be used on all audio-visual equipment whenever the equipment is being utilized.

b. Misuse or abuse of audio-visual equipment may result in the temporary or permanent confiscation of these items in accordance with the provisions of 20 Ill. Adm. Code 504.

c. Limitations of the use of audio-visual equipment may be imposed on committed persons if the usage is disruptive to others.

d. A committed person placed in segregation shall be denied the privilege of possessing all audio-visual equipment until he is released from segregation or has his privileges restored in accordance with 20 Ill. Adm. Code 504. His items will be returned when he signs a receipt for them.

e. Any committed person in segregation for more than 60 consecutive days on the same rule infraction may submit a written request for restoration of his audio-visual privileges. The request shall be considered only if the individual has had no disciplinary infractions in the 60-day period prior to the submission of his request.

f. Any committed person in segregation who has had audio-visual privileges restored may lose them again for a subsequent disciplinary infraction.

g. Any adult committed person who is placed in confinement pending investigation or disposition of a disciplinary infraction or who is confined for non-disciplinary reasons shall be allowed the same audio-visual privileges he had prior to being placed on such status.

h. When audio-visual equipment is confiscated or returned, an audio visual equipment inventory form shall be given to the owner and a copy placed in his Personal Property file. If the committed person does not have the proper permit, disciplinary action may be taken.

i. Dual cassette players are not allowed.